# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **vs.** ) | Case No. 06-00109-01-CR-W-GAF |
| ) | |
| **IRVIN JOHN RILL,** ) | |
| ) | |
| **Defendant.** ) | |

## ORDER

Now pending before the Court is Defendant's Motion to Dismiss. Defendant seeks dismissal of the Indictment against him for violation of the Speedy Trial Act, 18 U.S.C. § 3161. On December 19, 2006, United States Magistrate Judge Robert E. Larsen conducted an evidentiary hearing.

On January 12, 2007, United States Magistrate Judge Robert E. Larsen issued his Report and Recommendation. On January 27, 2007, Defendant's Objections to the Report and Recommendation of United States Magistrate were filed.

Upon careful and independent review of the pending motion, defendant's objections to the Magistrate's Report and Recommendation, as well as the applicable law, this Court hereby adopts and incorporates as its own Opinion and Order the Report and Recommendation of United States Magistrate Judge Robert E. Larsen.

Accordingly, it is hereby ORDERED that Defendant's Motion to Dismiss is OVERRULED and DENIED.

SO ORDERED.

s. Gary A. Fenner
                                                           GARY A. FENNER, JUDGE
                                                            United States District Court

DATED:   February 12, 2007